| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | PAMELA S. HOLLIS |
| Figliulo & Silverman | Chapter  7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 644 |
| Chicago, IL  60603 | Hearing Date: | 10/22/2013 |
| (312) 251-5287 | Hearing Time: | 10:30 |
| Chapter 7 Trustee | Response Date: | 10/15/2013 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: RUBSAM, MATTHEW A                              § Case No. 11-02883
                                                      §
                                                      §
Debtor(s)                                             §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 25, 2011.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         10,176.27

   Funds were disbursed in the following amounts:
   Payments made under an
       interim distribution                                          0.00
   Administrative expenses                                           0.04
   Bank service fees                                               451.76
   Other payments to creditors                                       0.00
   Non-estate funds paid to 3rd Parties                              0.00
   Exemptions paid to the debtor                                     0.00
   Other payments to the debtor                                      0.00

   Leaving a balance on hand of [1]         $          9,724.47

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/14/2011 and the deadline for filing governmental claims was 07/24/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,767.63. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,567.63, for a total compensation of $1,567.63.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/20/2013          By: /s/Michael K. Desmond
                          Trustee, Bar No.:

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-02883  
**Case Name:** RUBSAM, MATTHEW A

**Period Ending:** 09/20/13

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 01/25/11 (f)  
**§341(a) Meeting Date:** 03/10/11  
**Claims Bar Date:** 06/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4929 N. Ozark, Norridge, IL 60706, Chicago Title  Orig. Asset Memo: Imported from Amended Doc#: 22 | 216,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash on hand  Orig. Asset Memo: Imported from original petition Doc# 11 | 1,300.00 | 0.00 | | 0.00 | FA |
| 3  Harris Bank Checking xxx-8957. (account overdraw  Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 4  PNC Bank Checking Account xxx-5913 607 W. Devon  Orig. Asset Memo: Imported from original petition Doc# 11 | 11,737.24 | 10,139.00 | | 10,175.45 | FA |
| 5  PNC Bank Savings Account xxx-8268 607 W. Devon P  Orig. Asset Memo: Imported from original petition Doc# 11 | 401.76 | 0.00 | | 0.00 | FA |
| 6  Used HP dv9000 laptop computer, used HP 842 prin  Orig. Asset Memo: Imported from original petition Doc# 11 | 475.00 | 475.00 | | 0.00 | FA |
| 7  Snowblower & lawn mower.  Orig. Asset Memo: Imported from original petition Doc# 11 | 100.00 | 100.00 | | 0.00 | FA |
| 8  Broken or unwanted personal property of little v  Orig. Asset Memo: Imported from original petition Doc# 11 | 100.00 | 100.00 | | 0.00 | FA |
| 9  Bedroom furniture & desk.  Orig. Asset Memo: Imported from original petition Doc# 11 | 50.00 | 50.00 | | 0.00 | FA |
| 10  Miscellanous school text books (technical books)  Orig. Asset Memo: Imported from original petition Doc# 11 | 20.00 | 0.00 | | 0.00 | FA |
| 11  Personal clothing.  Orig. Asset Memo: Imported from original petition Doc# 11 | 200.00 | 0.00 | | 0.00 | FA |
| 12  Timex Watch | 5.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-02883  
**Case Name:** RUBSAM, MATTHEW A  

**Period Ending:** 09/20/13

**Trustee:** (330623) Michael K. Desmond  
**Filed (f) or Converted (c):** 01/25/11 (f)  
**§341(a) Meeting Date:** 03/10/11  
**Claims Bar Date:** 06/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Imported from original petition Doc# 11 |  |  |  |  |  |
| 13 | Bicycle, backpack, baseball mit, mounted deer he<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 85.00 | 85.00 |  | 0.00 | FA |
| 14 | 45 cal. pistol (Ed Brown Style 1911).<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 700.00 | 0.00 |  | 0.00 | FA |
| 15 | OM Financial Life/Fidelity Life Isurance Co. Ter<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 42.00 | 42.00 |  | 0.00 | FA |
| 16 | Group Term Life insurance through employer. Metl<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 |  | 0.00 | FA |
| 17 | AT&T Savings and Security Retirement Plan 401k i<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 19,348.33 | 0.00 |  | 0.00 | FA |
| 18 | Savings Bonds: two $50 Series issued in 11/2008<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 50.88 | 50.88 |  | 0.00 | FA |
| 19 | Expected refund of 2006 Jeep installment payment<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 474.67 | 474.67 |  | 0.00 | FA |
| 20 | Anticipated Federal Tax Refund ($587); State Tax<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 843.00 | 843.00 |  | 0.00 | FA |
| 21 | 1991 Geo Tracker<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 50.00 | 50.00 |  | 0.00 | FA |
| 22 | 1990 Geo Tracker<br>Orig. Asset Memo: Imported from original petition Doc# 11 | 50.00 | 50.00 |  | 0.00 | FA |
| 23 | 2003 Suzuki Intruder Motorcycle 704 Fairground S<br>Orig. Asset Memo: Imported from original petition | 2,000.00 | 0.00 |  | 0.00 | FA |

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-02883  **Trustee:** (330623) Michael K. Desmond
**Case Name:** RUBSAM, MATTHEW A  **Filed (f) or Converted (c):** 01/25/11 (f)
 **§341(a) Meeting Date:** 03/10/11
**Period Ending:** 09/20/13  **Claims Bar Date:** 06/14/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 11 | | | | | |
| 24 | Homemade truck bed trailer 704 Fairground St., N<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 50.00 | 50.00 | | 0.00 | FA |
| 25 | Small Utility Trailer<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 100.00 | 0.00 | | 0.00 | FA |
| 26 | 1979 Chevrolet work truck K2500<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 500.00 | 215.00 | | 0.00 | FA |
| 27 | Aluminum canoe (approximately 30 years old). 704<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 50.00 | 50.00 | | 0.00 | FA |
| 28 | Automotive Lift.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 700.00 | 0.00 | | 0.00 | FA |
| 29 | Miscellaneous hand tools, bench, ladder, chains,<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 270.00 | 0.00 | | 0.00 | FA |
| 30 | Small compressor and generator.<br>   Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 125.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.82 | Unknown |
| 31 | **Assets    Totals** (Excluding unknown values) | **$255,827.88** | **$12,774.55** | | **$10,176.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

   Ready to prepare TFR.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2012    **Current Projected Date Of Final Report (TFR):**    December 31, 2013

Printed: 09/20/2013 10:23 AM    V.13.13

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-02883  
**Case Name:** RUBSAM, MATTHEW A  
**Taxpayer ID #:** **-***4628  
**Period Ending:** 09/20/13  

**Trustee:** Michael K. Desmond (330623)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******56-65 - Checking Account  
**Blanket Bond:** $0.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/11 | {4} | Matthew Rubsam | Turnover of Bank Account funds - net of exemption | 1129-000 | 10,175.45 | | 10,175.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.02 | | 10,175.47 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.08 | | 10,175.55 |
| 04/29/11 | | The Bank of New York Mellon | BUWH | 2990-000 | | 0.02 | 10,175.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.08 | | 10,175.61 |
| 05/31/11 | | The Bank of New York Mellon | BUWH | 2990-000 | | 0.02 | 10,175.59 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.08 | | 10,175.67 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.08 | | 10,175.75 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.94 | 10,161.81 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,161.89 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,136.89 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,136.97 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,111.97 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,112.05 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,087.05 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,087.13 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,062.13 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,062.21 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,037.21 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,037.29 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,012.29 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,987.29 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,962.29 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,937.29 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,912.29 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,887.29 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,862.29 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,837.29 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033062388 20130103 | 9999-000 | | 9,737.29 | 100.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 10,176.27 | 10,076.27 | $100.00 |
| Less: Bank Transfers | | 0.00 | 9,737.29 | |
| **Subtotal** | | 10,176.27 | 338.98 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$10,176.27** | **$338.98** | |

{} Asset reference(s)   Printed: 09/20/2013 10:23 AM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-02883  
**Case Name:** RUBSAM, MATTHEW A  

**Taxpayer ID #:** **-***4628  
**Period Ending:** 09/20/13  

**Trustee:** Michael K. Desmond (330623)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****615165 - Checking Account  
**Blanket Bond:** $0.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,737.29 | | 9,737.29 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.93 | 9,722.36 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.05 | 9,709.31 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.49 | 9,695.82 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.87 | 9,680.95 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.38 | 9,666.57 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.97 | 9,653.60 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.27 | 9,638.33 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.86 | 9,624.47 |
| | | **ACCOUNT TOTALS** | | | **9,737.29** | **112.82** | **$9,624.47** |
| | | | Less: Bank Transfers | | 9,737.29 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **112.82** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$112.82** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******56-65** | 10,176.27 | 338.98 | 100.00 |
| **Checking # ****615165** | 0.00 | 112.82 | 9,624.47 |
| | **$10,176.27** | **$451.80** | **$9,724.47** |

{} Asset reference(s)                        Printed: 09/20/2013 10:23 AM    V.13.13

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-02883
Case Name: RUBSAM, MATTHEW A
Trustee Name: Michael K. Desmond

**Balance on hand:** $ 9,724.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,724.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 1,567.63 | 0.00 | 1,567.63 |

Total to be paid for chapter 7 administration expenses: $ 1,567.63
Remaining balance: $ 8,156.84

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,156.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,156.84

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 143,379.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Goal Financial LLC | 21,749.10 | 0.00 | 1,237.33 |
| 2 | Grossklas, Michael, Thomas & James | 121,627.45 | 0.00 | 6,919.51 |

Total to be paid for timely general unsecured claims: $ 8,156.84
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**