| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | PAMELA S. HOLLIS |
| Figliulo & Silverman | Chapter  7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 644 |
| Chicago, IL  60603 | Hearing Date: | 10/22/2013 |
| (312) 251-5287 | Hearing Time: | 10:30 |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 10/15/2013 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: RUBSAM, MATTHEW A                                    §   Case No. 11-02883
                                                            §
                                                            §
Debtor(s)                                                   §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that Michael K. Desmond, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30 on 10/22/2013 in Courtroom 642, United States Courthouse,
219 S. Dearborn
Chicago, Il  60604.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

   09/20/2013          By:  /s/ Michael K. Desmond
                                                  Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Michael K. Desmond | The Honorable: | PAMELA S. HOLLIS |
| Figliulo & Silverman | Chapter 7 | |
| 10 South La Salle St. 3600 | Location: | Courtroom 644 |
| Chicago, IL 60603 | Hearing Date: | 10/22/2013 |
| (312) 251-5287 | Hearing Time: | 10:30 |
| Chapter 7 Trustee Michael K. Desmond | Response Date: | 10/15/2013 |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: RUBSAM, MATTHEW A    §   Case No. 11-02883
§
§
Debtor(s)    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $  10,176.27 |
| *and approved disbursements of* | $  451.80 |
| *leaving a balance on hand of* [1] | $  9,724.47 |
| **Balance on hand:** | $  9,724.47 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $  0.00 |
| Remaining balance: | $  9,724.47 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 1,567.63 | 0.00 | 1,567.63 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $  1,567.63 |
| Remaining balance: | $  8,156.84 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 8,156.84 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 8,156.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 143,376.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Goal Financial LLC | 21,749.10 | 0.00 | 1,237.33 |
| 2 | Grossklas, Michael, Thomas & James | 121,627.45 | 0.00 | 6,919.51 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 8,156.84 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/Michael K. Desmond
Trustee

Michael K. Desmond
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
mkd.trustee@fslegal.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                         Case No. 11-02883-PSH
Matthew A Rubsam                                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1           User: bchavez                Page 1 of 1                Date Rcvd: Sep 23, 2013
                               Form ID: pdf006              Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2013.
```
db          +Matthew A Rubsam,    4929 N. Ozark,    Norridge, IL 60706-3311
16716755    +Barry I. Mortge,    Cohen Salk & Huvard PC,    630 Dundee Road, STE 120,
              Northbrook, IL 60062-2749
16716756   ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     27777 Franklin Rd,   Southfield, MI 48034-2337)
16716758  ++++COLDWELL BANKER HOME LOANS,    1 MORTGAGE WAY,    MOUNT LAUREL NJ  08054-4637
             (address filed with court: Coldwell Banker Home Loans,     3000 Leadenhall Road,
              Mount Laurel, NJ 08054)
17262190     Goal Financial LLC,    Great Lakes Educational Loans Services,    Claims Filing Unit,   PO Box 8973,
              Madison, WI 53708-8973
16716760     Great Lakes Higher Education Corp.,    2401 International Ln,    Madison, WI 53704-3192
16716761    +Grossklas, Michael, Thomas & James,    5289 Sandy Loop,    Rhinelander, WI 54501-9381
16790514   ++HARRIS NA,    3800 GOLF RD SUITE 300,    ROLLING MEADOWS IL 60008-4005
             (address filed with court: Harris NA,     111 W Monroe Street,   Chicago, IL 60603)
16716762    +Harris Bank,    111 W. Monroe,   Chicago, IL 60603-4095
16716763    +Harris N A,    Po Box 94034,   Palatine, IL 60094-4034
16790515    +IHC St Francis Emerg Phys LLC,    P O Box 3261,    Milwaukee, WI 53201-3261
16790518     Lenore Franckowiak,    200 W Dee Road,    Park Ridge, IL 60068
16716765     Mortgage Service Cente,    2001 Leadenhall Rd,    Mount Laurel, NJ 08054
16716766     Mortgage Service Center,    2001 Leadenhall Road,    Mount Laurel, NJ 08054
16790516    +O’Brien & O’Brien,    Attorneys at Law,    55 W Wacker Drive 900,   Chicago, IL 60601-1794
16716768    +Peoples Bank Of Newton,    100 W Washington St,    Newton, IL 62448-1256
16790517    +Resurrection Health Care,    355 Ridge Avenue,    Evanston, IL 60202-3328
16716769    +Thomas Grossklass,    5289 Sandy Loop,    Rhinelander, WI 54501-9381
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16716767    +E-mail/Text: bankrup@aglresources.com Sep 24 2013 01:47:49     Nicor Gas,   1844 Ferry Road,
              Naperville, IL 60563-9600
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16716757*  ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     5225 Crooks Road, STE 140,   Troy, MI 48098)
16716759   ##+GOAL Financial LLC,    1229 King Street,    Alexandria, VA 22314-2993
16716764   ##+James Grossklas,    6548 Brook Lane,    Savage, MN 55378-4035
                                                                                  TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 25, 2013                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2013 at the address(es) listed below:
```
          Christopher R Murphy    on behalf of Creditor   PHH Mortgage Corporation
           cmurphy@fisherandshapirolaw.com
          James K Kenny    on behalf of Debtor Matthew A Rubsam jameskenny@pouloslaw.com
          Michael K Desmond    mkd.trustee@fslegal.com, IL23@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```