Michael K. Desmond
Figliulo & Silverman
10 South La Salle St. 3600
Chicago, IL  60603
(312) 251-5287
       Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: RUBSAM, MATTHEW A | § | Case No.  11-02883 |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Michael K. Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $244,090.64         Assets Exempt:  $27,053.33
*(without deducting any secured claims)*

Total Distribution to Claimants: $8,156.84       Claims Discharged
                                   Without Payment: $137,685.96

Total Expenses of Administration: $2,019.43

3)  Total gross receipts of $     10,176.27     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $          0.00     (see **Exhibit 2**), yielded net receipts of  $10,176.27 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $289,793.45 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,319.43 | 2,119.43 | 2,019.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 122,466.25 | 143,376.55 | 143,376.55 | 8,156.84 |
| **TOTAL DISBURSEMENTS** | $412,259.70 | $145,695.98 | $145,495.98 | $10,176.27 |

4) This case was originally filed under Chapter 7 on January 25, 2011. The case was pending for 42 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/28/2014_____    By: _/s/Michael K. Desmond_____
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PNC Bank Checking Account xxx-5913 607 W. Devon | 1129-000 | 10,175.45 |
| Interest Income | 1270-000 | 0.82 |
| **TOTAL GROSS RECEIPTS** | | **$10,176.27** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Coldwell Banker Home Loans | 4110-000 | 141,882.48 | N/A | N/A | 0.00 |
| NOTFILED | Harris Bank | 4110-000 | 147,910.97 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$289,793.45** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael K. Desmond | 2100-000 | N/A | 1,767.63 | 1,567.63 | 1,467.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 13.94 | 13.94 | 13.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2990-000 | N/A | 0.02 | 0.02 | 0.02 |
| The Bank of New York Mellon | 2990-000 | N/A | 0.02 | 0.02 | 0.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Rabobank, N.A. | 2600-000 | N/A | 14.93 | 14.93 | 14.93 |
| Rabobank, N.A. | 2600-000 | N/A | 13.05 | 13.05 | 13.05 |
| Rabobank, N.A. | 2600-000 | N/A | 13.49 | 13.49 | 13.49 |
| Rabobank, N.A. | 2600-000 | N/A | 14.87 | 14.87 | 14.87 |
| Rabobank, N.A. | 2600-000 | N/A | 14.38 | 14.38 | 14.38 |
| Rabobank, N.A. | 2600-000 | N/A | 12.97 | 12.97 | 12.97 |
| Rabobank, N.A. | 2600-000 | N/A | 15.27 | 15.27 | 15.27 |
| Rabobank, N.A. | 2600-000 | N/A | 13.86 | 13.86 | 13.86 |
| BANK & TECHNOLOGY SERVICES FEE | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| BANK & TECHNOLOGY SERVICES FEE | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| BANK & TECHNOLOGY SERVICES FEE | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| BANK & TECHNOLOGY SERVICES FEE | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,319.43 | $2,119.43 | $2,019.43 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | None | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Goal Financial LLC | 7100-000 | N/A | 21,749.10 | 21,749.10 | 1,237.33 |
| 2 | Grossklas, Michael, Thomas & James | 7100-000 | 120,000.00 | 121,627.45 | 121,627.45 | 6,919.51 |
| NOTFILED | O'Brien & O'Brien Attorneys at Law | 7100-000 | 554.75 | N/A | N/A | 0.00 |
| NOTFILED | Resurrection Health Care | 7100-000 | 1,296.50 | N/A | N/A | 0.00 |
| NOTFILED | IHC-St. Francis Emerg. Phys LLC | 7100-000 | 395.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris NA | 7100-000 | 220.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $122,466.25 | $143,376.55 | $143,376.55 | $8,156.84 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-02883 | **Trustee:** (330623) Michael K. Desmond |
| **Case Name:** RUBSAM, MATTHEW A | **Filed (f) or Converted (c):** 01/25/11 (f) |
| | **§341(a) Meeting Date:** 03/10/11 |
| **Period Ending:** 07/28/14 | **Claims Bar Date:** 06/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  4929 N. Ozark, Norridge, IL 60706, Chicago Title  Orig. Asset Memo: Imported from Amended Doc#: 22 | 216,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash on hand  Orig. Asset Memo: Imported from original petition Doc# 11 | 1,300.00 | 0.00 | | 0.00 | FA |
| 3  Harris Bank Checking xxx-8957. (account overdraw  Orig. Asset Memo: Imported from original petition Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 4  PNC Bank Checking Account xxx-5913 607 W. Devon  Orig. Asset Memo: Imported from original petition Doc# 11 | 11,737.24 | 10,139.00 | | 10,175.45 | FA |
| 5  PNC Bank Savings Account xxx-8268 607 W. Devon P  Orig. Asset Memo: Imported from original petition Doc# 11 | 401.76 | 0.00 | | 0.00 | FA |
| 6  Used HP dv9000 laptop computer, used HP 842 prin  Orig. Asset Memo: Imported from original petition Doc# 11 | 475.00 | 475.00 | | 0.00 | FA |
| 7  Snowblower & lawn mower.  Orig. Asset Memo: Imported from original petition Doc# 11 | 100.00 | 100.00 | | 0.00 | FA |
| 8  Broken or unwanted personal property of little v  Orig. Asset Memo: Imported from original petition Doc# 11 | 100.00 | 100.00 | | 0.00 | FA |
| 9  Bedroom furniture & desk.  Orig. Asset Memo: Imported from original petition Doc# 11 | 50.00 | 50.00 | | 0.00 | FA |
| 10  Miscellanous school text books (technical books)  Orig. Asset Memo: Imported from original petition Doc# 11 | 20.00 | 0.00 | | 0.00 | FA |
| 11  Personal clothing.  Orig. Asset Memo: Imported from original petition Doc# 11 | 200.00 | 0.00 | | 0.00 | FA |
| 12  Timex Watch | 5.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page: 2

| | |
|---|---|
| **Case Number:** 11-02883 | **Trustee:** (330623)  Michael K. Desmond |
| **Case Name:** RUBSAM, MATTHEW A | **Filed (f) or Converted (c):** 01/25/11 (f) |
| | **§341(a) Meeting Date:** 03/10/11 |
| **Period Ending:** 07/28/14 | **Claims Bar Date:** 06/14/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition<br>Doc# 11 | | | | | |
| 13 | Bicycle, backpack, baseball mit, mounted deer he<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 85.00 | 85.00 | | 0.00 | FA |
| 14 | 45 cal. pistol (Ed Brown Style 1911).<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 700.00 | 0.00 | | 0.00 | FA |
| 15 | OM Financial Life/Fidelity Life Isurance Co. Ter<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 42.00 | 42.00 | | 0.00 | FA |
| 16 | Group Term Life insurance through employer. Metl<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 0.00 | 0.00 | | 0.00 | FA |
| 17 | AT&T Savings and Security Retirement Plan 401k i<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 19,348.33 | 0.00 | | 0.00 | FA |
| 18 | Savings Bonds: two $50 Series issued in 11/2008<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 50.88 | 50.88 | | 0.00 | FA |
| 19 | Expected refund of 2006 Jeep installment payment<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 474.67 | 474.67 | | 0.00 | FA |
| 20 | Anticipated Federal Tax Refund ($587); State Tax<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 843.00 | 843.00 | | 0.00 | FA |
| 21 | 1991 Geo Tracker<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 50.00 | 50.00 | | 0.00 | FA |
| 22 | 1990 Geo Tracker<br>Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 50.00 | 50.00 | | 0.00 | FA |
| 23 | 2003 Suzuki Intruder Motorcycle 704 Fairground S<br>Orig. Asset Memo: Imported from original petition | 2,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-02883 | **Trustee:** (330623)   Michael K. Desmond |
| **Case Name:** RUBSAM, MATTHEW A | **Filed (f) or Converted (c):** 01/25/11 (f) |
| | **§341(a) Meeting Date:** 03/10/11 |
| **Period Ending:** 07/28/14 | **Claims Bar Date:** 06/14/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Doc# 11 | | | | | |
| 24 | Homemade truck bed trailer 704 Fairground St., N<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 50.00 | 50.00 | | 0.00 | FA |
| 25 | Small Utility Trailer<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 100.00 | 0.00 | | 0.00 | FA |
| 26 | 1979 Chevrolet work truck K2500<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 500.00 | 215.00 | | 0.00 | FA |
| 27 | Aluminum canoe (approximately 30 years old). 704<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 50.00 | 50.00 | | 0.00 | FA |
| 28 | Automotive Lift.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 700.00 | 0.00 | | 0.00 | FA |
| 29 | Miscellaneous hand tools, bench, ladder, chains,<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 270.00 | 0.00 | | 0.00 | FA |
| 30 | Small compressor and generator.<br>    Orig. Asset Memo: Imported from original petition<br>Doc# 11 | 125.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.82 | FA |
| 31 | **Assets**    Totals (Excluding unknown values) | **$255,827.88** | **$12,774.55** | | **$10,176.27** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Ready to prepare TFR.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | December 31, 2012 | **Current Projected Date Of Final Report (TFR):** | September 20, 2013  (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-02883 | **Trustee:** Michael K. Desmond (330623) |
| **Case Name:** RUBSAM, MATTHEW A | **Bank Name:** The Bank of New York Mellon |
| | **Account:** ****-******56-65 - Checking Account |
| **Taxpayer ID #:** **-***4628 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 07/28/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/22/11 | {4} | Matthew Rubsam | Turnover of Bank Account funds - net of exemption | 1129-000 | 10,175.45 | | 10,175.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.02 | | 10,175.47 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.08 | | 10,175.55 |
| 04/29/11 | | The Bank of New York Mellon | BUWH | 2990-000 | | 0.02 | 10,175.53 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.08 | | 10,175.61 |
| 05/31/11 | | The Bank of New York Mellon | BUWH | 2990-000 | | 0.02 | 10,175.59 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.08 | | 10,175.67 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.08 | | 10,175.75 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 13.94 | 10,161.81 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,161.89 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,136.89 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,136.97 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,111.97 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,112.05 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,087.05 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,087.13 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,062.13 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,062.21 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,037.21 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,037.29 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,012.29 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,987.29 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,962.29 |
| 04/30/12 | | BANK & TECHNOLOGY SERVICES FEE | Bank Y Technology Services Fees | 2600-000 | | 25.00 | 9,937.29 |
| 05/31/12 | | BANK & TECHNOLOGY SERVICES FEE | Bank & Technology Services Fees | 2600-000 | | 25.00 | 9,912.29 |
| 06/29/12 | | BANK & TECHNOLOGY SERVICES FEE | Bank & Technology Services Fees | 2600-000 | | 25.00 | 9,887.29 |
| 07/31/12 | | BANK & TECHNOLOGY SERVICES FEE | Bank & Technology Services Fees | 2600-000 | | 25.00 | 9,862.29 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,837.29 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,812.29 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,787.29 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,762.29 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,737.29 |

| | Subtotals : | $10,176.27 | $438.98 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-02883 | | Trustee: | Michael K. Desmond (330623) |
|---|---|---|---|---|
| Case Name: | RUBSAM, MATTHEW A | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******56-65 - Checking Account |
| Taxpayer ID #: | **-***4628 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 07/28/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/13 | | RABOBANK MIGRATION<br>TRANSFER OUT | TRANSFER TO 0001033062388<br>20130103 | 9999-000 | | 9,737.29 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,176.27 | 10,176.27 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 9,737.29 | |
| | | | Subtotal | | 10,176.27 | 438.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,176.27 | $438.98 | |

Exhibit 9

# **Form 2**

Page: 3

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| **Case Number:** 11-02883 | **Trustee:** Michael K. Desmond (330623) |
| **Case Name:** RUBSAM, MATTHEW A | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5165 - Checking Account |
| **Taxpayer ID #:** **-***4628 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 07/28/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 9,737.29 | | 9,737.29 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.93 | 9,722.36 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.05 | 9,709.31 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.49 | 9,695.82 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.87 | 9,680.95 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 14.38 | 9,666.57 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.97 | 9,653.60 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.27 | 9,638.33 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.86 | 9,624.47 |
| 03/14/14 | 11001 | Goal Financial LLC | Distribution on Claim No. 1 | 7100-000 | | 1,237.33 | 8,387.14 |
| 03/14/14 | 11002 | Grossklas, Michael, Thomas & James | Distribution on Claim No. 2 | 7100-000 | | 6,919.51 | 1,467.63 |
| 03/14/14 | 11003 | Figliulo & Silverman, P.C. | | 2100-000 | | 1,467.63 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,737.29 | 9,737.29 | $0.00 |
| Less: Bank Transfers | 9,737.29 | 0.00 | |
| **Subtotal** | 0.00 | 9,737.29 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$9,737.29** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ****-******56-65** | 10,176.27 | 438.98 | 0.00 |
| **Checking # ******5165** | 0.00 | 9,737.29 | 0.00 |
| | $10,176.27 | $10,176.27 | $0.00 |